TAYLOR LAW, PC
455 Capital Mall, Suite 305
Sacramento, CA 95814
Telephone: (916)594-2469
Email: Matt@taylorlaw.us

MATTHEW C. TAYLOR
Attorney at Law
SBN 278245
Attorney for Defendant,
Curt Michael Taras

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>CURT MICHAEL TARAS<br>Defendant | Case No. 25-MJ-00143-SCR<br><br>**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION FOR BAIL REVIEW AND CONDITIONS OF RELEASE**<br><br>**Date:** 11/13/2025<br>**Time:** 2:00 PM |

### MEMORANDUM OF POINTS & AUTHORITIES

**FACTUAL & PROCEDURAL BACKGROUND**

Defendant is charged with 18 U.S.C. § 922(q)(2)(A) – Possession of a Firearm in a School Zone.

The defendant previously appeared before the Magistrate Judge in this case and sought release. A transcript of that proceeding is attached hereto. At the end of that hearing the defendant was detained primarily because the court wanted to release the defendant into a residential facility. The defense now has that element filled. This is not a

"presumption case."

**BAIL REFORM ACT**

The Bail Reform Act favors release in all but a few cases. The Act provides that: Upon the appearance before a judicial officer of a person charged with an offense, the judicial officer shall issue an order that, pending trial, the person be --(1) released on personal recognizance or upon execution of an unsecured appearance bond . . . ;(2) released on a condition or combination of conditions . . . ;(3) temporarily detained [for certain reasons]; or (4) detained [if conditions set forth in subdivision (e) are met].18 U.S.C. 3142(a). Conditions of release range from release on personal recognizance or unsecured bond, subd. (b), to "the least restrictive further condition, or combination of conditions, that [the] judicial officer determines will reasonably assure the appearance of the person as required," subd. (c).

*This is not a presumption case*. An offense of felon in possession of a firearm is not a crime of violence as a matter of law, see *United States v. Twine*, 344 F.3d 987, 988 (9th Cir. 1993) Even in a presumption case, a defendant cannot be detained on dangerousness grounds unless the Court makes a finding that no release condition will reasonably assure the safety of the community. In such a "presumption" case, the burden of production requires the defendant to produce only "some credible evidence" showing reasonable assurance of his appearance at future proceedings and/or that there will be no danger to the community occasioned by his release. *United States v. Clairborne*, 793 F.2d 559 (3rd Cir. 1986). The court may not insist upon a guarantee that the defendant will not pose a threat to the community; objectively reasonable assurance is all that is required. *United States v. Orta,* 760 F.2d 887 (8th Cir. 1985). The standard is whether any combination of conditions will "reasonably assure" the Court that the defendant will not be a danger to the community. *United States v. Gerbo*, 948 F.2d 1118, 1121 (9th Cir. 1991).

**PROPOSED CONDITIONS OF RELEASE**

A long list of useful conditions is provided in the statute to facilitate release rather than detention. See subd. (c)(1)(B). Defendant proposes the following conditions of

release.

- 3rd Party custody of New Dawn Treatment Center
- Unsecured appearance bond signed by the defendant
- Reside at a residential mental health facility.
- Remain on ankle monitoring as a term of release.
- Such other terms as the Court deems appropriate.

Dated: October      , 2025                    Respectfully Submitted

By: _____
    MATTHEW C. TAYLOR
    Attorney for Defendant




**October 29, 2025**

**SUBJECT: Curt Taras,** DOB September 7, 1972

To whom it may concern,

Let this letter serve as confirmation that New Dawn Treatment Centers has a bed available for Curt Taras upon his release and can provide door to door transportation. Upon intake, we will require Mr. Taras to complete a release of information for us to communicate with law enforcement should he violate the terms of his release or walk off property.

New Dawn Treatment Centers is a primary substance abuse facility that has the capability to treat co-occurring disorders including, depression, anxiety, bipolar disorder and post-traumatic stress disorder. Additionally, as a preferred provider with TriWest, we have extensive experience in serving both veterans and active-duty service members.

Please feel free to reach out should you need any further information.

Thank you,

**Stephanie Schmidt, Admission Manager**
New Dawn Treatment Centers
1741 E Roseville Parkway, Suite 100
Roseville, CA 95661
916.723.1319
E: sschmidt@newdawnts.com

**DEFENDANT'S EXHIBIT 1**