# Character Letters

To Whom It May Concern,

Hello, my name is Brad Taras, I am brother to Curt Taras. Curt is my older brother and has always watched over me from as early as I can remember. As kids, he would often have us in the woods practicing survival skills and being on the lookout. Curt is a skilled and productive person that moved away from where we were raised in Illinois about 30 years ago. It could be time for his return close to his parents and siblings and soon his son Chase. We would be able to keep more eyes on him especially now when he is dealing with a divorce. He is welcome at my house until he re-establishes himself in the area. He should have learned from his time served that he needs comply with any and all court rulings.

Regards,

Brad Taras

13758 S Dublin Dr

Homer Glen IL 60491

Dear Mr Ng

I am writing on behalf of my 53 year old son, who up until recently has never had any altercations with the legal system. As a son, he has always been respectful and dutiful. He received an excellent education as the recipient of a ROTC scholarship as an engineer. He has raised a family and 3 sons two of which are graduated from college. Unfortunately, his marriage recently fall apart, causing his current mental state. I beg the judicial system to look kindly upon my son.

Sincerely

Darlene Taras

Sent from my iPhone

Darlene Taras Hajduk

847-361-5991

Jamie Pare
Interior Designer | Elderly Caregiver | Community Hike & Adventure Leader
5761 Lupin Lane
Pollock Pines, CA 95726
paredesigns@gmail.com
(415)996-7717

October 31, 2025

To the Honorable Judge
Robert T. Matsui United States Courthouse
501 I St. #4200
Sacramento, CA 95814

Re: Character Reference Letter for Curt Taras

Your Honor,

My name is Jamie Pare, and I am an Interior Designer, Elderly Caregiver, and Community Hike & Adventure Leader.

I met Curt Taras about six months ago at a Gratitude Gathering he hosted at his river property. He led yoga, guided a hike, and provided lunch for everyone—a reflection of his kindness and his desire to bring people together. Since then, we've spent a lot of time together, and I've witnessed his caring and thoughtful nature many times. Curt is always looking out for others' safety and well-being.

Curt is a proud veteran who served our country and assisted with the Pentagon cleanup after 9/11. He now works as an engineer, is a devoted father of three, and has volunteered as both a coach and with the Scouts. He is active in his community and consistently demonstrates generosity and integrity.

I believe this situation is the result of a misunderstanding of his intentions. Curt has expressed sincere remorse and is genuinely committed to improving himself. I feel he would benefit far more from a Veteran Therapy or Mental Health Program than incarceration, where he could continue healing and giving back to his family and community.

Thank you for your time and consideration. I truly believe Curt is a good and caring man who deserves the opportunity to move forward in a positive direction.

Respectfully,

Jamie Pare

Attn: Brad Ng, Special Assistant United States Attorney

Re: Curt Taras

To whom it may concern:

My name is Angie Heimgartner, sister to Curt Taras, and I am writing to ask for special consideration related to Curt's hearing. He was diagnosed with bi-polar disorder and would greatly benefit from admittance into a mental health facility; in lieu of prison. If you could please consider all the actual facts related to the case, you can see that his judgement is currently blurred. I plead that you please make the right choice in this situation.

Thank you for your time,

Angie Heimgartner

VP, Human Resources

224-300-9650

For:  Brad Ng, Special Assistant United States Attorney

Re:  Curt Taras

Dear Mr. Ng,

I am Scott Heimgartner, brother-in law to Curt Taras, and I'm writing you today that I hope there will be special consideration given for his condition related to Curt's hearing.  Curt was diagnosed with bi-polar disorder and also suffers from PTSD which is sometimes triggered resulting in him having manic episodes.  We are hoping that the courts will exercise some thought towards his condition and realize that the best way to help Curt is for him to be placed in the care of a mental facility so that he can get the care and treatment he needs.  We know deep down that he is a good person at heart and for the best way to rehabilitate him is to provide him with the mental help he needs - not incarceration.

Sincerely,

Scott Heimgartner

Dear Sir,

My name is Glenn Taras, Curt Taras is my oldest son.

Curt is a former Captain in the U.S. Air Force. He had aspirations of going to the Air Force Academy when in high school but wasn't able to attend because of a dental issue and was awarded a ROTC scholarship instead. He served about 5 years active duty. I myself am a Vietnam Infantry combat vet. I served in Vietnam from 1966-1967 with the 199th Lt Infantry Brigade. You can look up the Brigade history on the internet.

My son is not dangerous. He may have mental health issues because he's going through a divorce and as a vet may always be over vigilant. From what I've heard he was concerned about the safety of the school, not threatening. Has he made some mistakes, yes, we all have.

He is not a threat and should not be in jail, he needs mental help. I myself have PTST and know about mental health. I've worked with the VA and understand things veterans go through civilians will never understand. Please release my son and get him the help he needs.

Thank you,

Glenn Taras

4 Knoll Ridge

Rolling Meadows IL 60008

847-397-1598

This is Curt's son, Chase. My parents are separated. I grew up in Maryland with my mom, while Curt lived in Sacramento with my two brothers and stepmom. I've always had two families, my Maryland side and my California side. Our family was great for about fifteen years, but my stepmom and Curt's divorce made my dad's anxiety and bipolar disorder much worse. He's an innocent, deeply caring man who's in desperate need of mental help.

Chase Taras

This is Curt's Son, William Taras. My parents are both currently separated, as I live with my mom in Folsom, California, where I was born and raised. I've lived with my Father my entire life until about a few months ago, when my Mom and Dad separated. Our family was full of love and care until about 5 years ago, when my dad's mental health started to decline, and life began to only get harder for my mother. However, almost every time he got mad, it was mostly about wanting to protect our family, even if he went too far with his own actions or words. Even though this doesn't make my dad's actions excusable, I believe he should be treated through mental care, as he only had the intentions of protecting our family. He is a good person at heart and genuinely cares for others, as evidenced by his help in various aspects of my life, including tutoring me for school and life, and imparting many valuable life lessons and experiences. I deeply care for my dad and wish for him to get the help he needs through mental care.

                                                  Sincerely,

                                                  William Taras