**FILED**
December 8, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURT MICHAEL TARAS,

    Defendant.

Case No. 2:25-cr-00262-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __CURT MICHAEL TARAS__, Case No. __2:25-cr-00262-DAD__, Charge __18 U.S.C. § 922(g)(8)__, from custody for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ __50,000 Secured Appearance Bond secured by equity 285 Brandy Oak Court, Folsom CA__

    ____ Unsecured Appearance Bond $ _____

    ____ Appearance Bond with 10% Deposit

    _X_ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    _X_ (Other): __Defendant's released delayed until 12/9/2025 at 9 AM. Defendant released to the temporary third party custody of Steven Grove. Defendant released pending the submission of the secured appearance bond package.__

Issued at Sacramento, California on December 8, 2025 at 2:00 PM

By: _/s/ Chi Soo Kim_

Magistrate Judge Chi Soo Kim