**MARK REICHEL** (SBN: 155034)
**REICHELLAW PC**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone:    (916) 548-7398
Fax: (888) 505-9331
mark@reichellaw.com

Attorney for Defendant
CURT TARAS

## IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURT TARAS<br><br>Defendant. | Case No.: 25-CR-S-262 DAD<br><br>**WAIVER OF PERSONAL APPEARANCE**<br><br>Date: January 26, 2026<br>Time: 9:30 a.m.<br>Judge: The Honorable Dale A. Drozd |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant CURT TARAS hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

///

///

///

///

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED: January 26, 2026                    /s/ CURT TARAS
                                           CURT TARAS
                                           Defendant


DATED:  January 26, 2026                   /s/ *Mark Joseph Reichel*
                                           MARK JOSEPH REICHEL
                                           Attorney for Defendant


**ORDER**


        IT IS SO ORDERED.

Dated:   **January 26, 2026**          _____
                                       DALE A. DROZD
                                       UNITED STATES DISTRICT JUDGE