TAYLOR LAW, PC
455 Capital Mall, Suite 305
Sacramento, CA 95814
Telephone: (916)594-2469
Email: Matt@taylorlegal.us

MATTHEW C. TAYLOR
Attorney at Law
SBN 278245
Attorney for Defendant,
CURT TARAL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CURT TARAS<br><br>Defendant(s). | No.  **2:25-CR-00262-DAD**<br>**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br><br><br>Date:<br>Time: |

### PROPOSED] ORDER

The Court, having reviewed the parties' Motion to Modify Conditions of Pretrial Release filed on behalf of defendant Curt Taras; having considered the Statements of Non-Opposition filed by the United States and the United States Pretrial Services Office; and finding good cause:

**IT IS HEREBY ORDERED** that the conditions of pretrial release governing defendant Curt Taras are modified as follows. All previously imposed conditions remain in full force and effect except as expressly modified below:

1

**1. Home Detention.** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

**2. Third-Party Custody.** Mr. Taras shall remain released to the third-party custody of Steven Grove. The requirement that Mr. Grove accompany Mr. Taras any time he leaves his residence is removed. Mr. Grove shall continue to serve as third-party custodian and shall remain obligated to report any violation.

**3. Continuing Conditions.** Mr. Taras shall continue to comply with all previously imposed conditions of release, including the prohibition on firearm possession, cooperation with drug and alcohol testing, medication compliance, continued mental health treatment, no contact with the Folsom–Cordova Unified School District, no contact with protected persons, and all other conditions previously ordered.

**4. Other Terms.** All other previously imposed conditions remain in full force and effect.

**IT IS SO ORDERED.**

Dated:  May 15, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

2