TAYLOR LAW, PC
455 Capital Mall, Suite 305
Sacramento, CA 95814
Telephone: (916)594-2469
Email: Matt@taylorlaw.us

MATTHEW C. TAYLOR
Attorney at Law
SBN 278245
Attorney for Defendant,
Curt Michael Taras

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>CURT MICHAEL TARAS<br>Defendant | Case No. 2:25-CR-00262-DAD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING AMENDED CONDITIONS OF PRETRIAL RELEASE** |

The parties agree, stipulate, and request that the Court amend the defendant's conditions of pretrial release to include the following condition of Home Detention:

"18. HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf. Y*ou are permitted one hour outside of your*

*residence, three times weekly, as pre-approved by Pretrial Services, for exercise/health purposes only.*"

The parties further agree, stipulate, and request that, pursuant to the Pretrial Services Report dated August 10, 2026, the Court impose the following additional condition of release:

"19. You must abide by any active Criminal Protective Order(s) issued."

All other previously ordered conditions of release shall remain in full force and effect.

Dated: August 25, 2026

Dated: _____8/25/26_______ ____________/S/__________________

Matthew C. Taylor
Attorney for Curt Taras

Dated: _______8/25/26_____ __________/S/____________________

Robert Abendroth
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>CURT MICHAEL TARAS<br>Defendant | Case No. 2:25-CR-00262-DAD<br><br>**[~~PROPOSED~~] ORDER REGARDING AMENDED CONDITIONS OF PRETRIAL RELEASE** |

Upon consideration of the Stipulation of Parties Regarding Amended Conditions of Pretrial Release, the Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for the imposition of the amended conditions of pretrial release set forth below.

THE DEFENDANT IS THEREFORE ORDERED AS FOLLOWS:

18. HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf. You are permitted one hour outside of your residence, three times weekly, as pre-approved by Pretrial Services, for exercise/health purposes only.

19. You must abide by any active Criminal Protective Order(s) issued.

All other previously ordered conditions of release shall remain in full force and effect.

IT IS SO ORDERED

Dated: September 2, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE