TAYLOR LAW, PC
455 Capital Mall, Suite 305
Sacramento, CA 95814
Telephone: (916)594-2469
Email: Matt@taylorlaw.us

MATTHEW C. TAYLOR
Attorney at Law
SBN 278245
Attorney for Defendant,
Curt Michael Taras

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>CURT MICHAEL TARAS<br>Defendant | Case No. 2:25-CR-00262-DAD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING AMENDED CONDITIONS OF PRETRIAL RELEASE** |

The parties agree, stipulate, and request that the Court amend the defendant's conditions of pretrial release by replacing Condition 18, Home Detention, with the following condition of Curfew:

"18. CURFEW: You must remain inside your residence every day from 9:00 pm to 8:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. You are permitted one hour outside of your residence, three times weekly, as pre-approved by Pretrial Services, for exercise/health purposes only."

All other previously ordered conditions of release shall remain in full force and effect.

Dated: October 31, 2026

Dated: ____________________ ______________________________

Matthew C. Taylor
Attorney for Curt Taras

Dated: ____________________ ______________________________

Robert Abendroth
Assistant United States Attorney

Dated: ____________________ ______________________________

Stephen Grove
Third-Party Custodian

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>CURT MICHAEL TARAS<br>Defendant | Case No. 2:25-CR-00262-DAD<br><br>**[~~PROPOSED~~] ORDER REGARDING AMENDED CONDITIONS OF PRETRIAL RELEASE** |

Upon consideration of the Stipulation of Parties Regarding Amended Conditions of Pretrial Release, the Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for the imposition of the amended conditions of pretrial release set forth below.

THE DEFENDANT IS THEREFORE ORDERED AS FOLLOWS:

18. CURFEW: You must remain inside your residence every day from 9:00 pm to 8:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. You are permitted one hour outside of your residence, three times weekly, as pre-approved by Pretrial Services, for exercise/health purposes only.

All other previously ordered conditions of release shall remain in full force and effect.

IT IS SO ORDERED

Dated: November 2, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE